UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY NAVOY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-CV-1549-LAB-WVG<br><br>**ORDER ON JOINT MOTION FOR PROTECTIVE ORDER** |

On November 24, 2020, the Parties filed a Joint Motion for Protective Order. (Doc. No. 13.) Having reviewed the Parties' submission, the Court DENIES the Joint Motion without prejudice. Should they continue to seek a protective order, the Parties are directed to file an amended joint motion for protective order that fully complies with this Court's Civil Chambers Rule No. V: Stipulated Protective Order Provisions for Filing Documents Under Seal, namely incorporating the language required under the Rule.

**IT IS SO ORDERED.**

Dated: November 24, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge